IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SUN COAST RESOURCES, INC., § § *Plaintiff*, § § v. § § NATIONAL UNION FIRE INSURANCE § COMPANY OF PITTSBURGH, PA., § § *Defendant*. § § § | CIVL ACTION NO. 4:24-CV-4595 Removed from the 55TH Judicial District Court of Harris County, Texas |

## INDEX OF DOCUMENTS FILED WITH NOTICE OF REMOVAL

**Exhibit 1** – State Court Docket Sheet.

**Exhibit 2** – *Plaintiff's Original Petition*, filed on October 16, 2024.

**Exhibit 3 –** *Plaintiff's Return of Service*, filed on October 22, 2024.

**Exhibit 4** – *Defendant's Original Answer*, filed on November 18, 2024.

**Exhibit 5** – Defendant's Civil Cover Sheet.

**Exhibit 6** – Sun Coast Resources, Inc.'s Certificate of Conversion, dated March 10, 2023.

**Exhibit 7** – Sun Coast Resources, LLC's Texas Franchise Tax Public Information Report, dated November 8, 2023.

**Exhibit 8** – Office of the Texas Secretary of State's Certificate of Fact, dated November 19, 2024.